UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kristina Dawn Josephs
Omar Marc Anthony Josephs
    Debtor(s)

CHAPTER 13

CASE NO. 1:14-01653

## MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtors, Kristina and Omar Josephs, by and through counsel, Dawn M. Cutaia, and respectfully represent:

1. The Debtors filed a Chapter 13 Petition on April 10, 2014.
2. The Debtor, Omar Josephs, receives regular income from employment with Comcast, which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.
3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.
4. The Debtors consent to the wage attachment.

**WHEREFORE**, the Debtors respectfully request this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**
Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor
dmcutaia@gmail.com
717-304-1841

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kristina Dawn Josephs
Omar Marc Anthony Josephs
     Debtor(s)

CHAPTER 13

CASE NO. 1:14-01653

### ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer: Comcast**
**Attention: Wage Garnishment Solution Center**
**Address: 1701 John F. Kennedy Blvd.**
**Philadelphia, PA 19103-2630**

**Shall deduct from Omar Josephs's income the sum of $192.90 per bi-weekly pay, for all 26 pay periods** beginning on the first pay upon receipt of order, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to**:**

    Charles J. DeHart, III, Esquire
    Standing Chapter 13 Trustee
    PO Box 7005
    Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

**By the Court**

_____
, Judge