UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KRISTINA DAWN JOSEPHS<br>OMAR MARC ANTHONY JOSEPHS | CASE NO: 14-01653<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/5/2018, I did cause a copy of the following documents, described below,

motion and order for wage attachment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/5/2018

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINA DAWN JOSEPHS
OMAR MARC ANTHONY JOSEPHS

CASE NO: 14-01653

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/5/2018, a copy of the following documents, described below,

motion and order for wage attachment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/5/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*FIRST CLASS*

 COMCAST
 WAGE GARNISHMENT SOLUTION CENTER
 1701 JOHN F. KENNEDY BLVD.
PHILADELPHIA   PA 19103-2630