```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-01653-HWV
Kristina Dawn Josephs                                               Chapter 13
Omar Marc Anthony Josephs
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling       Page 1 of 1        Date Rcvd: Mar 07, 2018
                         Form ID: pdf010       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.
```
db          #+Kristina Dawn Josephs,    3516 Hardwood Terrace,    Spring Grove, PA 17362-9105
jdb          +Omar Marc Anthony Josephs,    3516 Hardwood Terrace,    Spring Grove, PA 17362-9105
             +Comcast,    Wage Garnishment Solution Center,    1701 John F. Kennedy Blvd,
               Philadelphia PA 19103-2838
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC. dans@w-legal.com,
               BNCmail@w-legal.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Omar Marc Anthony Josephs dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Kristina Dawn Josephs dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kristina Dawn Josephs
Omar Marc Anthony Josephs
Debtor(s)

CHAPTER 13

CASE NO. 1:14-01653

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer: Comcast**
**Attention: Wage Garnishment Solution Center**
**Address: 1701 John F. Kennedy Blvd.**
**Philadelphia, PA 19103-2630**

**Shall deduct from Omar Josephs's income the sum of $192.90 per bi-weekly pay, for all 26 pay periods** beginning on the first pay upon receipt of order, and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: March 07, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)