```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-01653-HWV
Kristina Dawn Josephs                                                   Chapter 13
Omar Marc Anthony Josephs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling              Page 1 of 1              Date Rcvd: Mar 28, 2018
                              Form ID: pdf010              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db            #+Kristina Dawn Josephs,    3516 Hardwood Terrace,    Spring Grove, PA 17362-9105
jdb            +Omar Marc Anthony Josephs,    3516 Hardwood Terrace,    Spring Grove, PA 17362-9105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC. dans@w-legal.com,
               BNCmail@w-legal.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Omar Marc Anthony Josephs dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Kristina Dawn Josephs dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Kristina and Omar Josephs          1:14-01653 - HWV
    Debtors

## ORDER

Upon consideration of the Debtors' Motion to Modify Plan, said Motion is hereby
GRANTED and Debtors' 4th Amended Plan is CONFIRMED.

Dated: March 27, 2018          By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)