# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINA DAWN JOSEPHS
AKA: KRISTINA KELLY
OMAR MARC ANTHONY JOSEPHS

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-14-01653-HWV

KRISTINA DAWN JOSEPHS
AKA: KRISTINA KELLY
OMAR MARC ANTHONY JOSEPHS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 27, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 27, 2018, the Debtor(s) is/are $1246.36 in arrears with a plan payment having last been made on Apr 20, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 27, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINA DAWN JOSEPHS
AKA: KRISTINA KELLY
OMAR MARC ANTHONY JOSEPHS

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

KRISTINA DAWN JOSEPHS
AKA: KRISTINA KELLY
OMAR MARC ANTHONY JOSEPHS

        Respondent(s)

CHAPTER 13

CASE NO: 1-14-01653-HWV

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 27, 2018.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

KRISTINA DAWN JOSEPHS
OMAR MARC ANTHONY JOSEPHS
2671 CAMBRIDGE RD.
YORK, PA 17402-3932

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 27, 2018