```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                   Case No. 14-01653-HWV
Kristina Dawn Josephs                                                    Chapter 13
Omar Marc Anthony Josephs
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling              Page 1 of 2            Date Rcvd: Aug 03, 2018
                              Form ID: pdf010              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
```
db           #+Kristina Dawn Josephs,    3516 Hardwood Terrace,     Spring Grove, PA 17362-9105
jdb           +Omar Marc Anthony Josephs,    3516 Hardwood Terrace,     Spring Grove, PA 17362-9105
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
4473821      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
4524306       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4473826       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4473827       +First Financial Of Md,    1215 York Rd,    Lutherville, MD 21093-6207
4473828       +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4473830       +Hsbc Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
4473831       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
4493525       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
4831414       +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4473834       +Nvr Mortgage Finance,    121 Hillpointe Dr Ste 10,    Canonsburg, PA 15317-9535
4473835       +Tidewater Property Mang.,    3706 Crondall Lane, Suite 105,    Owings Mills, MD 21117-2243
4473836       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
4473837       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
4621127       +York Hospital,    1001 S George St,    York, PA 17403-3645
4473817       +York Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4473820       +E-mail/Text: collection.department@bcefcu.com Aug 03 2018 19:05:18       Baltmr Efcu,
                23 W Susquehanna,    Baltimore, MD 21204-5222
4473823        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2018 19:18:00       Cap One,
                Po Box 85520,    Richmond, VA 23285
4473824       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2018 19:05:03       Cb/Anntylr,
                Po Box 182789,    Columbus, OH 43218-2789
4473825       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2018 19:05:03       Comenity Bank/Valctyfr,
                Po Box 182789,    Columbus, OH 43218-2789
4473829       +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2018 19:17:34       Gecrb/Home Design Nahf,
                950 Forrer Blvd,    Kettering, OH 45420-1469
4473832        E-mail/Text: cio.bncmail@irs.gov Aug 03 2018 19:05:01       Internal Revenue,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
4473819       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2018 19:05:07       PA Department of Revenue,
                Department 280946,    Attention: Bankruptcy Division,    Harrisburg, PA 17128-0001
4473818       +E-mail/Text: kcm@yatb.com Aug 03 2018 19:04:59       York Adams Tax Bureau,    1405 N. Duke Street,
                PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4473822*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
4473833*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Po Box 619096,    Dallas, TX  75261-9741)
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC. dans@w-legal.com,
           BNCmail@w-legal.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Kristina Dawn Josephs dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Omar Marc Anthony Josephs dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| KRISTINA DAWN JOSEPHS<br>aka Kristina Kelly<br>　　　　　　　　　　Debtor 1<br>OMAR MARC ANTHONY JOSEPHS<br>　　　　　　　　　　Debtor 2<br>CHARLES J. DEHART, III, ESQUIRE<br>(TRUSTEE)<br>　　vs.　　　　　　　　Movant(s)<br><br>KRISTINA DAWN JOSEPHS<br>aka Kristina Kelly<br>OMAR MARC ANTHONY JOSEPHS<br>　　　　　　　　Respondent(s) | Chapter:　　13<br>Case No.:　　1:14-bk-01653-HWV |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated:　August 03, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case with Parties - Revised 9/17